333-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
J.D.H. INTERNATIONAL LLC
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Michael E. Unger (MU0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
J.D.H. INTERNATIONAL LLC,                    07 CV _____  (     )

            Plaintiff,

      -against -                                **RULE 7.1 STATEMENT**

DEOL MARINE SERVICES,

           Defendant.
-------------------------------------------------------------x

JUN 29 2007
U.S.D.C. S.D.N.Y.
CASHIERS

      J.D.H. INTERNATIONAL LLC, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       June 29, 2007

                                    FREEHILL HOGAN & MAHAR, LLP
                                    Attorneys for Plaintiff
                                    J.D.H. INTERNATIONAL LLC

            By:    _____
                    Michael E. Unger (MU 0045)
                    80 Pine Street
                    New York, NY 10005
                    (212) 425-1900
                    (212) 425-1901 fax