```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JDH INTERNATIONAL LLC,              :
                                    :
                    Plaintiff,      :
                                    :
         v.                         :    07 Civ. 6139 (BSJ)
                                    :
DEOL MARINE SERVICES,               :       Order
                                    :
                                    :
                    Defendant.      :
------------------------------------x
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The parties are directed to appear for a hearing before this Court at the United States Courthouse, 500 Pearl Street, Courtroom 18B, New York, New York on October 12, 2007 at 2:45 p.m. The hearing will address Defendant's request pursuant to Rule E(4)(f) of the Supplemental Rules for Certain Admiralty and Maritime Claims that the Court vacate the attachment in this matter.

SO ORDERED:

_____
Barbara S. Jones
UNITED STATES DISTRICT JUDGE

New York, New York
October 9, 2007