**DLA PIPER**

**DLA Piper US LLP**
1251 Avenue of the Americas, 29th Floor
New York, New York 10020-1104
www.dlapiper.com

Camilo Cardozo
camilo.cardozo@dlapiper.com
T 212.335.4923
F 212.884.8523

October 11, 2007

BY FACSIMILE

Hon. Barbara S. Jones
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 620
New York, NY 10007

Re: J.D.H. International LLC v. Deol Marine Services
07 CV 6139 (BSJ)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/07
```

Dear Judge Jones:

We represent defendant Deol Marine Services ("Deol") and refer to plaintiff J.D.H. International LLC's ("JDH") submission this afternoon to the Court. We have reviewed the documents attached to the declaration of JDH's CEO, Mr. Nand Chhabria, which disputes certain relevant facts. Before we go forward with our application, we would like an opportunity to discuss the documents submitted by JDH with our client.

We therefore respectfully request that tomorrow's hearing be adjourned and be rescheduled during the week of October 22 on a day convenient to the Court.

We appreciate the Court's attention and assistance.

Respectfully,

Camilo Cardozo

CC:as

cc: Michael Unger, Esq. (Facsimile)

Application GRANTED. The hearing is adjourned to October 23, 2007 at 2:00 p.m.

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
10/12/07