

DLA Piper US LLP
1251 Avenue of the Americas, 29th Floor
New York, New York 10020-1104
www.dlapiper.com

Camilo Cardozo
camilo.cardozo@dlapiper.com
T 212.335.4923
F 212.884.8523



October 22, 2007

BY HAND

Hon. Barbara S. Jones
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 620
New York, NY 10007

Re: **J.D.H. International LLC v. Deol Marine Services**
07 CV 6139 (BSJ)

Dear Judge Jones:

We represent defendant Deol Marine Services ("Deol"). We write to request that tomorrow's hearing, which concerns Deol's application to vacate plaintiff J.D.H. International LLC's ("JDH") Rule B attachment, be adjourned.

The hearing was originally scheduled on October 12 but it was adjourned because we asked for an opportunity to review with our clients evidence submitted by JDH on October 11, including a declaration by JDH's C.E.O., which challenges certain important facts. Because our clients are located in India, we are still in the process of reviewing the evidence submitted by JDH and preparing an adequate response.

We therefore respectfully request that the hearing be adjourned for the week of November 12 on a day convenient to Your Honor. Opposing counsel has no objection to our request.

We appreciate the Court's attention and assistance.

Respectfully,

Camilo Cardozo

CC:as

cc: Michael Unger, Esq. (By Facsimile)

Application GRANTED. The hearing will be rescheduled for Friday, November 16, 2007 at 11:30 a.m.

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.

10/23/07

8159606