

**DLA Piper US LLP**
1251 Avenue of the Americas, 29th Floor
New York, New York 10020-1104
www.dlapiper.com

Camilo Cardozo
camilo.cardozo@dlapiper.com
T 212.335.4923
F 212.884.8523

November 15, 2007

*VIA FACSIMILE*

Hon. Barbara S. Jones
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 620
New York, NY 10007

Re: J.D.H. International LLC v. Deol Marine Services
07 CV 6139 (BSJ)

Dear Judge Jones:

    We represent defendant Deol Marine Services ("Deol"). We write to confirm our request, discussed with Your Honor's clerk yesterday afternoon, that the hearing scheduled for Friday, November 16, 2007 be adjourned indefinitely.

    We are still in the process of evaluating the evidence and determining whether a hearing would be necessary. Should we ultimately require a hearing we would request it at the appropriate time.

    We appreciate the Court's attention and assistance.

Respectfully,

Camilo Cardozo

CC:as

cc: Michael Unger, Esq. (By Facsimile)

Application GRANTED.

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.

8159363