333-07/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
J.D.H. INTERNATIONAL LLC,

              Plaintiff,

-against-

DEOL MARINE SERVICES,

              Defendant.
-------------------------------------------------------x

07 CIV 6139 (BSJ)

STIPULATION FOR THE
RELEASE OF FUNDS AND
DISCONTINUANCE OF ACTION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein that the parties having agreed to settle their disputes and having entered into a settlement agreement dated February 1_, 2008;

IT IS HEREBY STIPULATED AND AGREED that the sum of $797,310.61 presently being held by garnishee JPMorgan Chase Bank pursuant to the Process of Maritime Attachment and Garnishment authorized to be issued in this matter be released to counsel for Defendant pursuant to the wire transfer instructions set forth below:

| | |
|---|---|
| Bank Name: | Citibank, N.A. |
| Address: | 153 East 53rd Street, 20th Floor |
| | New York, NY 10043 |
| ABA Transit #: | 021000089 |
| Account #: | 37311689 |
| Swift Code: | CITI US 33 |
| Account Name: | DLA Piper US LLP Escrow Iola |
| Bank Phone #: | (212) 559-3681 (Dyonne Wharton) |

; and

IT IS HEREBY FURTHER STIPULATED AND AGREED that this action be discontinued with prejudice and without costs as to either party subject to being reopened within thirty (30) days of the date this Stipulation is "So Ordered" should the funds

NYDOCS1/297490.1

agreed to be paid pursuant to the settlement agreement not have been received by Plaintiff's counsel.

Dated: New York, New York
February 15, 2008

_____
Michael E. Unger, Esq. (MU 0045)
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, New York 10005
Tel: (212) 425-1900
Fax: (212) 425-1901

_____
Camilo Cardozo, Esq. (CC 1710)
DLA PIPER US LLP
Attorneys for Defendant
1251 Avenue of the Americas, 29th Floor
New York, New York 10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501

"SO ORDERED"

_____
Hon. Barbara S. Jones, U.S.D.J.

2/22/08